1  KEVIN V. RYAN, SBN 118321                          **E-filed 11/17/05**
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 KELLY COX,                        )
                                     )
13       Plaintiff,                  )   CIVIL NO.   05-02610 JF
                                     )
14       v.                          )   STIPULATION AND ORDER EXTENDING
                                     )   DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,              )   RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,  )   MOTION FOR SUMMARY JUDGMENT
16                                   )
         Defendant.                  )
17 _____ )

18       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 November 21, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 21,

22 2005.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Kristina H. Shute.

1     This is defendant's first request.

2

3

4

5   Dated:  November 14, 2005         /s/
                                          TERRY LAPORTE
6                                           Attorney for Plaintiff

7

                                          KEVIN V. RYAN
8                                           United States Attorney

9

10

11

12   Dated: November 14, 2005     By:      /s/
                                          SARA WINSLOW
13                                           Assistant United States Attorney

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18

19   Dated:  11/17/05              /s/electronic signature authorized
                                      JEREMY FOGEL
20                                         United States District Judge

21

22

23

24

25

26

27

28

1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 KELLY COX,                    )    CIVIL NO. 05-2610 JF
                                 )
13         Plaintiff,            )    DECLARATION IN SUPPORT OF
                                 )    DEFENDANT'S REQUEST FOR
14     v.                        )    EXTENSION OF TIME
                                 )
15 JO ANNE B. BARNHART,          )
   Commissioner of Social Security, )
16                               )
           Defendant.            )
17 _____ )

18

19 I, Kristina H. Shute, declare and state as follows:

20      1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the

21 United States Social Security Administration, Region IX.

22      2.   I am requesting a 30-day extension for filing Defendant Commissioner's response

23 to Plaintiff's motion for summary judgment in order to provide further opportunity for review

24 and analysis of this case.

25 ///

26 ///

27

28

                                         1

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  Executed in San Francisco, California on November 10, 2005.

By    /s/
Kristina H. Shute
Assistant Regional Counsel

2