1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143                    **E-filed 11/22/05**
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12  KELLY COX,                          )
                                        )
13         Plaintiff,                   )    CIVIL NO.  05-02610 JF
                                        )
14         v.                           )    STIPULATION AND ORDER OF REMAND
                                        )
15  JO ANNE B. BARNHART,                )
    Commissioner of Social Security,    )
16                                      )
           Defendant.                   )
17  _____)

18         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20  sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.

21         On remand, an administrative law judge (ALJ) will be directed to obtain expert medical

22  testimony and additional medical records from Plaintiff's treating sources concerning the status of

23  her mental impairment from her alleged onset date through July 31, 2004.  In light of the expanded

24  record, the ALJ will then reassess the onset date of Plaintiff's mental impairment.  The ALJ shall also

25  ///

26  ///

27  ///

28  ///

1 | be directed to explain the weight assigned to the findings of the state agency medical consultants.

7 | Dated:  November 21, 2005

/s/
TERRY LAPORTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

15 | Dated:  November 21, 2005          By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated:   11/22/05

/s/electronic signature authorized
———————————————
JEREMY FOGEL
United States District Judge

COX, REMD, S4 (ks)
C 05-02610 JF                                  2

\*\*E-filed 11/22/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY COX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO.  05-02610 JF<br><br>[P~~ROPOSE~~D]<br>JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein.  This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated:  11/22/05

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge