KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

**E-filed 12/13/05**

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KELLY COX, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 05-02610 JF |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | APPROVING COMPROMISE |
| JO ANNE B. BARNHART, ) | SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, ) | FEES PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| Defendant. ) | |
| _____ ) | |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND FOUR HUNDRED FIFTY DOLLARS ($2,450.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

TERRY LAPORTE
125 SOUTH MARKET ST., SUITE 1075
SAN JOSE, CA 95113
(408) 293-8810; FAX (408) 292-7673
tlaporte@ix.netcom.com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/. This amount includes costs.

Act.

3. Payment of the TWO THOUSAND FOUR HUNDRED FIFTY DOLLARS ($2,450.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated:  November 28, 2005

/s/
TERRY LAPORTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 30, 2005     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:    12/13/05

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge

COX,  EAJA STIP (ks)
C 05-02610 JF                                        2